# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cr-04032-SRB-1 |
| ) | |
| ZACHARY SCOTT REED, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant Zachary Scott Reed's motion to suppress be denied. (Doc. #81). Defendant filed objections to the Report and Recommendation arguing 1) Judge Whitworth's factual findings were incomplete; 2) Defendant's Fourth Amendment rights were violated by unlawful entry onto the back deck and subsequent field test of the glass flask found there; 3) the search warrant application was without probable cause; 4) the affidavit/search warrant application contained false statements and/or omitted material facts; and 5) Judge Whitworth "improperly discontinued" questioning regarding sworn statements in the search warrant application. (Doc. #86).

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections, (Doc. #86), and ADOPTS Judge Whitworth's Report and Recommendation, (Doc. #81). Defendant's motion to suppress (Doc. #49) is hereby DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

DATE: October 3, 2017